No. 92–5091. JOHNSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5093. JACKSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–5094. BERROMILLA v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 92–5095. HUDSON v. NEW YORK. App. Term, Sup. Ct. N. Y., 9th and 10th Jud. Dists. Certiorari denied.

No. 92–5096. FASSLER v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 92–5097. BANKS v. APPELBAUM. Sup. Ct. Cal. Certiorari denied.

No. 92–5098. BANKS v. KAYE. Sup. Ct. Cal. Certiorari denied.

No. 92–5099. THOMAS v. TENNEY ENGINEERING INC. ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–5100. MEJIA v. BROWN. Sup. Ct. Cal. Certiorari denied.

No. 92–5101. BELAND v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5102. KNOTTS v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 92–5103. FREDERICK v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 92–5104. GIBBS v. OKLAHOMA DEPARTMENT OF TRANSPORTATION. C. A. 10th Cir. Certiorari denied.

No. 92–5106. GABALDON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.